IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


JIMMIE R. JENNINGS, III,

     Appellant,

v.
                                Case No. 5D23-801
                                LT Case No. 2019-CF-003202-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed July 18, 2023

3.850 Appeal from Circuit Court
for Seminole County,
Donna Goerner, Judge.

Jimmie R. Jennings, III, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Richard A. Pallas, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

MAKAR, JAY and SOUD, JJ., concur.